IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHRISTOPHER SCOTT FISH,

    Plaintiff,

v.

COLETTE PETERS, et al.,

    Defendants.

Case No. 3:17-cv-01372-JE

ORDER

MOSMAN, District Judge.

Plaintiff filed this prisoner civil rights case on August 31, 2017, and filed a Motion for Summary Judgment less than 30 days later. As no defendant has waived service or been served, the Motion for Summary Judgment (#5) is denied as premature.

IT IS SO ORDERED.

DATED this 10 day of October, 2017.

Michael W. Mosman
United States District Judge

1 - ORDER